# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>COCO BLUE OLD CITY LIMITED LIABILITY COMPANY, COCO BLUE NAILS BLUE BELL LIMITED LIABILITY COMPANY, and SOUNG OK KIM,<br><br>Defendants. | Civil Action No. 20-cv-2947 |

## MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint in this matter, submits this Motion asking the Court to approve the proposed consent judgment attached as Exhibit A. Defendants have indicated their consent to entry of the Consent Judgment by their signatures on the proposed consent judgment. This filing has been served on Defendants at the following email addresses: jspsquire@gmail.com WHEREFORE, the Secretary respectfully requests that the Court approve the proposed Consent Judgment.

June 19, 2020                                    Respectfully submitted,

Mailing Address:                                 **UNITED STATES DEPARTMENT OF LABOR**

U.S. Department of Labor
Office of the Regional Solicitor                 Kate S. O'Scannlain
170 S. Independence Mall West                    Solicitor of Labor
Suite 630E, The Curtis Center                    Oscar L. Hampton III
Philadelphia, PA 19106                           Regional Solicitor
                                                 Adam Welsh
(215) 861-5128 (voice)                           Counsel for Wage and Hour
(215) 861-5162 (fax)
luby.andrea@dol.gov                              */s/ Andrea Luby*
                                                 Andrea Luby
                                                 Senior Trial Attorney