# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 20-2947 |
| COCOBLUE OLD CITY LIMITED LIABILTY COMPANY, et al., | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this __16th__ day of November 2020, based on the June 24, 2020 approved consent judgment (ECF 3) **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion to Approve Consent Settlement (ECF 2) is **DENIED AS MOOT**.

                                                      BY THE COURT:

                                                      /s/ Petrese B. Tucker

                                                      _____

                                                      **Hon. Petrese B. Tucker, U.S.D.J.**